UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PAUL SAMPSON § § § CIVIL ACTION NO. 4:25-cv-00259<br>Plaintiff § §<br>VS. § §<br>2950 FONDREN, LLC § §<br>Defendant § | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
PURSUANT TO FRCP 41(a)(1)**

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE BE ADVISED that the parties in this case, PAUL SAMPSON Plaintiff and 2950 FONDREN, LLC, Defendant have reached a resolution of Plaintiff's claims and pursuant to FRCP 41(a)(1)(A)(ii), request dismissal of all claims against Defendant in their entirety and with prejudice.

**STIPULATION**

It is stipulated by and between the parties hereto that this action be dismissed with prejudice as to all parties and as to all causes of action with each party to bear their own attorney's fees and costs.

DATED:   February 26, 2025    FOR PAUL SAMPSON, Plaintiff

BY:   _/S/   R. Bruce Tharpe_
R. Bruce Tharpe
PO Box 101
Olmito, Texas 78575
(956) 255-5111 - Office
(866) 599-2596 - Fax
Texas State Bar ID No. 19823800
Federal Bar ID 13098

DATED:       February 26, 2025        FOR 2950 FONDREN, LLC, Defendant

BY:   **/S/   *Dallas J. Boyle*_____
Ms. Dallas J. Boyle
HIRSCH & WESTHEIMER
1415 Louisiana, 36th Floor
Houston, Texas 77002
(713) 220-9173 Office
(713) 223-9319 Fax
Texas State Bar ID No. 24140484
Federal Bar ID 3881626